United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 1, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30691

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH WILL ROBINSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
Docket No. 3:04-CR-30053-1

_____

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

The attorney appointed to represent Joseph Will Robinson has moved for leave to withdraw from this appeal and has filed a brief as required by Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). Robinson has not filed a response.

Our independent review of the brief and the record shows that there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave is GRANTED. Counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities herein, and this appeal is DISMISSED.  See 5TH CIR. R. 42.2.